No. 26-4309

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,
v.
GREG E. LINDBERG,
Defendant-Appellant.

---

On Appeal from the United States District Court
for the Western District of North Carolina
No. 3:23-cr-00048-MOC-DCK-1 (Hon. Max O. Cogburn, Jr.)

---

# UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

Defendant-Appellant Greg E. Lindberg respectfully moves under Fed. R. App. P. 26(b) and Fourth Circuit Local Rule 31(c) for an extension of thirty days, to and including October 29, 2026, within which to file his opening brief. The brief is presently due September 29, 2026 under this Court's briefing order of August 24, 2026. This is Appellant's first request for an extension of that deadline. Counsel for the United States has been advised of this Motion and does not object to it. In support of this Motion, Appellant states as follows:

1. Final restitution has not been ordered in the district court. The restitution determination remains open, and no amended judgment fixing the amount of restitution has been entered.

2. A deferred-restitution sentence produces two appealable judgments, not one: the judgment entered at sentencing, and the later judgment fixing the amount of restitution. "[D]eferred restitution cases involve two appealable judgments, not one." *Manrique v. United States*, 581 U.S. 116, 123 (2017). A defendant "who wishes to appeal an order imposing restitution in a deferred restitution case must file a notice of appeal from that order." *Id.* at 125.

3. Appellant's notice of appeal was taken from the judgment and from the order of restitution, No. 3:23-cr-48, Doc. 192, and he has expressly preserved his right to appeal from any amended judgment imposing restitution as a separate, independently appealable judgment, No. 3:23-cr-48, Doc. 329. When final restitution is ordered, Appellant will file the second notice of appeal *Manrique* requires.

4. The thirty days are sought so that the second notice of appeal can be filed once the final restitution order is issued and that appeal consolidated with this one. Consolidation would put a single brief on both

judgments before this Court on one record, instead of a brief filed now on the first judgment and a separate appeal briefed later on the second. That is the extraordinary circumstance on which this Motion rests: the record on which the brief must be written is not yet complete, and a short extension will allow it to be completed and briefed once.

5. The request is not made for delay. Appellant is in the custody of the Bureau of Prisons and has every reason to want this appeal decided promptly. No party will be prejudiced by the extension, the United States does not object to it, and Appellant does not seek to alter any other date in the briefing order.

WHEREFORE, Appellant respectfully requests that the Court extend the time within which to file his opening brief by thirty days, to and including October 29, 2026, so that the second notice of appeal may be filed and the two appeals consolidated for briefing.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Vivek Ramachandran*
Vivek Ramachandran
DHAMMA LAW
vramachandran@dhammalaw.co
m
(202) 860-4084

*Lead Counsel for Defendant-Appellant*
*Greg E. Lindberg*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 442 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

*/s/ Vivek Ramachandran*
Vivek Ramachandran

*Lead Counsel for Defendant-Appellant*
*Greg E. Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record registered to receive such notices in this appeal.

Dated: September 22, 2026

*/s/ Vivek Ramachandran*
Vivek Ramachandran

*Lead Counsel for Defendant-Appellant*
*Greg E. Lindberg*