FILED: September 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4309
(3:23-cr-00048-MOC-DCK-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

GREG E. LINDBERG

Defendant - Appellant

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 10/29/2026

Opening brief due: 10/29/2026

Response brief due: 11/19/2026

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk