No. 26-4309

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,
v.
GREG E. LINDBERG,
Defendant-Appellant.

---

On Appeal from the United States District Court
for the Western District of North Carolina
No. 3:23-cr-00048-MOC-DCK-1 (Hon. Max O. Cogburn, Jr.)

---

# MOTION TO SUBSTITUTE COUNSEL OF RECORD AND TO WITHDRAW AND STRIKE THE APPEARANCE OF J. ALEX LITTLE

Defendant-Appellant Greg E. Lindberg, by and through his lead counsel of record, Vivek Ramachandran, respectfully moves under Fourth Circuit Local Rule 46(c) to substitute counsel of record in this appeal and to withdraw and strike the appearance of J. Alex Little. Counsel for the United States has been informed of the intended filing of this Motion and has advised that the United States takes no position on it. In support of this Motion, Appellant states as follows:

1. Vivek Ramachandran of Dhamma Law has been Appellant's lead counsel in this appeal from the outset and has signed and filed the papers presented to this Court on Appellant's behalf, including the emergency motion for stay pending appeal, the motion to exceed length limitations, and the motion to expedite decision, Nos. 15, 16, 17 (filed July 24, 2026), and the motion for an extension of time, No. 31 (filed September 22, 2026).

2. J. Alex Little entered an appearance for Appellant in this Court on July 14, 2026. No. 12. Mr. Little and Litson PLLC no longer represent Appellant in the district court, and Appellant asks that Mr. Little's appearance in this appeal be withdrawn and stricken so that the docket reflects the representation as it now stands.

3. The reason for the request is that Appellant has asked Mr. Little to withdraw. Mr. Lindberg has elected to proceed in this appeal through Mr. Ramachandran, who has been his lead counsel here from the outset, and has asked that Mr. Little's appearance be withdrawn accordingly. *See* 4th Cir. R. 46(c) (a motion to withdraw "should state fully the reason for the request").

4. Appellant has been given notice of this request and consents to it. 4th Cir. R. 46(c) (an attorney may not withdraw "without notice to the party he or she is representing and consent of the Court"). Appellant is presently in the custody of the Bureau of Prisons, and counsel has communicated with him concerning this Motion.

5. Appellant will not be left unrepresented. Mr. Ramachandran has appeared in this Court, remains counsel of record, and will continue as lead counsel. Substitution may therefore be accomplished on the existing appearance together with this Motion. *See* 4th Cir. R. 46(c) ("Substitution of counsel of record can be accomplished by submitting a counsel of record form or written appearance for new counsel along with existing counsel's motion to withdraw or strike appearance.").

6. No party is prejudiced. The briefing schedule is the subject of a separate motion for an extension of time, filed herewith, which the United States does not oppose because final restitution has not yet been ordered in the district court. No deadline is affected by the substitution, and the United States takes no position on the relief requested here.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion, to withdraw and strike the appearance of J. Alex Little.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Vivek Ramachandran*
Vivek Ramachandran
DHAMMA LAW PLLC
418 Broadway, Suite N
Albany, NY 12207
(202) 860-4084
vramachandran@dhammalaw.com

*Lead Counsel for Defendant-Appellant Greg E. Lindberg*

*/s/ J. Alex Little*
J. Alex Little
LITSON PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
alex@litson.co
(615) 985-8205

*Withdrawing Counsel for Defendant-Appellant Greg E. Lindberg*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 503 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

*/s/ Vivek Ramachandran*
Vivek Ramachandran

*Lead Counsel for Defendant-Appellant*
*Greg E. Lindberg*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record registered to receive such notices in this appeal.

Dated: October 23, 2026

*/s/ Vivek Ramachandran*
Vivek Ramachandran

*Lead Counsel for Defendant-Appellant*
*Greg E. Lindberg*